UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZOGRABYAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant(s). | Case No.: 8:25-cv-01836-DOC-DFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 10, 2025

By: *David O. Carter*

David O. Carter

United States District Judge

- 1 -